169 A.3d 968

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. FRANCISCO DEMOSCOSO, DEFENDANT–PETITIONER.

June 1, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003685–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.